1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708

FILED

NOV 0 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0474 WBS |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| BRANDON HANLY, ) | |
| DOUGLAS HEALD, and ) | |
| JERAD MAGGI ) | |
| Defendants. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew D. Segal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of any one of the defendants or until further order of the Court.

DATED: 11/4/10

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge