BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



**FILED**

NOV 0 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>     Plaintiff, )<br>             )<br>     v.      )<br>             )<br>BRANDON HANLY, et al., )<br>             )<br>     Defendants. )<br>_____) | D.C. NO. 2:10-cr-474 WBS<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On November 4, 2010, the indictment was filed in the above-referenced case. Since two of the defendants have now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: November 9, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  By: /s/ MATTHEW D. SEGAL
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney

                                  ORDER
SO ORDERED:                       GREGORY G. HOLLOWS

DATED: November 9, 2010           _____
                                  HON. GREGORY G. HOLLOWS
                                  U.S. Magistrate Judge