```
                                              FILED
                                              November 9, 2010
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              _____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,       )<br>v.                            )<br>                              )<br>BRANDON HANLY,                )<br>                              )<br>            Defendant.        ) | Case No. 2:10CR00474-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRANDON HANLY__, Case No. __2:10CR00474-WBS__, Charge __18USC § 1343, 1957 and 981(a)(1)( c)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __ Release on Personal Recognizance

      __ Bail Posted in the Sum of $_____

            __ Unsecured Appearance Bond

            __ Appearance Bond with 10% Deposit

            __ Appearance Bond with Surety

            __ Corporate Surety Bail Bond

            ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 9, 2010__ at __2:00 pm__.

                                    By   /s/ Gregory G. Hollows
                                        Gregory G. Hollows
                                        United States Magistrate Judge

Copy 5 - Court