JOE GAZZIGLI
State Bar No. 045211
Post Office Box 992256
Redding, California 96099-2256
(530)241-6900
FAX (530)241-0257

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON HANLEY, et al.

        Defendants.
_____/

**CASE NO.** 2:10-CR-00474-WBS

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE AND RESET STATUS CONFERENCE

## **STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the Status Conference now set for December 13, 2010 be vacated and continued to February 22, 2011 at 8:30 a.m. Unfortunately, all parties have been informed that Mr. Petrik will be in trial and therefore unavailable for the Status Conference as set.

Further, the parties stipulate that the time between December 13, 2010 and February 22, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that

1

US vs. Hanley - Stipulation and Request for [Proposed] Order to Vacate and Reset Status Conference

Case No.: 2:10-cr-00474-WBS

the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. §. 3161 (h) (8) (B) (iv).

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §. 3161 (h) (8) (A).

Respectfully Submitted:

Date: December 2, 2010

/s/ *Matthew Segal*

MATTHEW SEGAL

Assistant US Attorney

/s/ *Joe Gazzigli*

JOE GAZZIGLI

Attorney for the Defendant

/s/ *Michael Petrik*

Date:  December 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

US vs. Hanley - Stipulation and Request for [Proposed] Order to Vacate and Reset Status Conference

Case No.: 2:10-cr-00474-WBS