THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRANDON HANLY, et al.<br><br>　　　　Defendant | Case No.: 2:10-cr-00474-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　June 13th, 2011<br>Time:　8:30 a.m.<br>Judge:　Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 11th, 2011 at 8:30 a.m. is to be continued to June 13th, 2011 at 8:30 a.m. in the same courtroom. Matthew Segal, Assistant United States Attorney, Thomas A. Johnson, Defendant's attorney, Joe Gazzigli, Defendant's attorney, Michael Petrik, Defendant's attorney, all agree and stipulate to a continuance of the status conference. Mr. Johnson is in the middle of a homicide trial in State court that began on March 17th, 2011 and is expected to last through the middle of May.

　　　The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). It is further stipulated that the period from the date of this stipulation through and including June 13th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

　　　**IT IS SO STIPULATED.**

STIPULATION AND ORDER　　　- 1 -

| | | |
|---|---|---|
| 1 | DATE:  April 7th, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | /s/  Matthew Segal<br>MATTHEW SEGAL<br>Assistant U.S. Attorney |
| 4 | | |
| 5 | DATE:  April 7th, 2011 | /s/  Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>JERAD MAGGI |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATE:  April 7th, 2011 | /s/  Joe Gazzigli<br>JOE GAZZIGLI<br>Attorney for Defendant<br>BRANDON HANLY |
| 10 | | |
| 11 | | |
| 12 | DATE:  April 7th, 2011 | /s/  Michael Petrik<br>MICHAEL PETRIK<br>Attorney for Defendant<br>DOUGLAS HEALD |
| 13 | | |
| 14 | | |

**IT IS SO ORDERED.**

Dated:  April 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE