```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DOUGLAS HEALD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-474 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [~~PROPOSED~~ ORDER] |
| v. | ) TO CONTINUE STATUS CONFERENCE TO |
|  | ) AUGUST 22, 2011 |
| DOUGLAS HEALD, BRANDON HANLY, JERAD MAGGI, | ) |
|  | ) Date: June 13, 2011 |
|  | ) Time: 8:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, DOUGLAS HEALD, BRANDON HANLY, and JERAD MAGGI, through their respective attorneys, that the Court should vacate the status conference scheduled for June 13, 2011, at 8:30 a.m., and reset it for August 22, 2011, at 8:30 a.m.

    Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through August 22, 2011, when it computes the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting defendants'
3  request for a continuance outweigh the best interest of the public and
4  the defendants' in a speedy trial, and that this is an appropriate
5  exclusion of time for defense preparation within the meaning of 18 U.S.C.
6  § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 8, 2011                Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M. Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorney for Douglas Heald


Dated: June 8, 2011                /s/ M. Petrik for J. Gazzigli
                                   JOSEPH GAZZIGLI
                                   Attorney for Brandon Hanly


Dated: June 8, 2011                /s/ M. Petrik for T. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for Jerad Maggi


Dated: June 8, 2011                BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M. Petrik for J. Dolan
                                   _____
                                   JARED DOLEN
                                   Assistant U.S. Attorney

Stipulation and Order              -2-

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:  June 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE