DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DOUGLAS HEALD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10-474 WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO |
| v. | ) ) | SEPTEMBER 26, 2011, AT 8:30 A.M. |
| DOUGLAS HEALD, BRANDON HANLY, JERAD MAGGI, | ) ) ) | Date:  August 22, 2011 Time:  8:30 a.m. Judge: Hon. William B. Shubb |
| Defendants. | ) ) ) | |

All parties stipulate that the Court should vacate the status conference scheduled for August 22, 2011, at 8:30 a.m., and reset it for September 26, 2011, at 8:30 a.m.

Counsel for defendants require further time to review discovery, to confer, and to negotiate with the government in an effort to resolve this matter.

All parties stipulate that the Court should exclude the period from the date of this order through September 26, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and the defendants

1  in a speedy trial, and that this is an appropriate exclusion of time for
2  defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local
3  Code T4).

4  Dated: August 17, 2011            Respectfully submitted,

5                                    DANIEL BRODERICK
                                     Federal Defender
6
                                     /s/ M. Petrik
7                                    _____
                                     MICHAEL PETRIK, Jr.
8                                    Assistant Federal Defender
                                     Attorney for Douglas Heald
9

10 Dated: August 17, 2011            /s/ M.Petrik for
                                     _____
11                                   JOSEPH J. WISEMAN
                                     Attorney for Brandon Hanly
12

13 Dated: August 17, 2011            /s/ M.Petrik for
                                     _____
14                                   THOMAS A. JOHNSON
                                     Attorney for Jerad Maggi
15

16 Dated: August 17, 2011            BENJAMIN B. WAGNER
                                     United States Attorney
17
                                     /s/ M.Petrik for
18                                   _____
                                     JARED DOLEN
19                                   Assistant U.S. Attorney

20                              **ORDER**

21     **IT IS SO ORDERED.**  The Court finds that the ends of justice served
22 by granting defendants' request for a continuance outweigh the best
23 interest of the public and the defendants' in a speedy trial, and that
24 this is an appropriate exclusion of time for defense preparation within
25 the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

26 DATED:  August 17, 2011

27                                   _____
                                     WILLIAM B. SHUBB
28                                   UNITED STATES DISTRICT JUDGE

-2-