**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRANDON HANLY, DOUGLAS HEALD, ) <br> JERAD MAGGI, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.:  CR 10-474 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE** <br><br> Date: January 9, 2012 <br> Time: 9:30 a.m. <br> Ctrm: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Jared Dolan, Assistant United States Attorney, and Joseph J. Wiseman, attorney for BRANDON HANLY, that the hearing

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

---

Stipulation and Proposed Order to
Vacate Hearing Date                                                        Case No. 10-474 WBS

1

JOSEPH J. WISEMAN, P. C.
1477 Drew Avenue, Suite 106
Davis, CA  95618
Telephone:  530.759.0700

1  on the Motion to Dismiss Count One for Insufficiency of the Indictment, set for
2  January 9, 2012, be vacated.

4  Dated: January 3, 2012        Respectfully submitted,

6                                WISEMAN LAW GROUP, P.C.

8                                By: ____/s/ Joseph J. Wiseman_____
                                      JOSEPH J. WISEMAN

10                                    Attorney for Defendant
                                      BRANDON HANLY

12                                By: ____/s/ Joseph J. Wiseman for
                                      MICHAEL PETRIK

14                                    Attorney for Defendant
                                      DOUGLAS HEALD

17                                By: ____/s/ Joseph J. Wiseman for_____
                                      THOMAS A. JOHNSON

18                                    Attorney for Defendant
                                      JERAD MAGGI

21 Dated:  January 3, 2012        BENJAMIN B. WAGNER
22                                United States Attorney

23                                By:  /s/ Jared Dolan
24                                JARED DOLAN
                                  Assistant U.S. Attorney
25                                Attorney for the United States

1 **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
2    1477 Drew Avenue, Suite 106
   Davis, California 95618
3    Telephone: 530.759.0700
   Facsimile:  530.759.0800

**Attorney for Defendant**
BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRANDON HANLY, DOUGLAS HEALD, JERAD MAGGI,<br><br>  Defendant. | No.:  CR 10-474 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE**<br><br>Date:  January 9, 2012<br>Time:  9:30 a.m.<br>Ctrm:  Hon. William B. Shubb |

   GOOD CAUSE APPEARING, it is hereby ordered that the Motion Hearing presently set for January 9, 2012 be vacated.


Dated:  January 5, 2012

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

---

Stipulation and Proposed Order to
Vacate Hearing Date                                                              Case No. 10-474 WBS

3