**Benjamin B. Wagner**
**United States Attorney**
**Matthew D. Segal**
**Jared C. Dolan**
**Assistant United States Attorneys**
**501 I Street, Suite 10-100**
**Sacramento, Ca 95814**
Telephone (916) 554-2700
Facsimile:  (916) 554-2900

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRANDON HANLY,<br><br>  Defendant. | No.:  CR 10-474-01 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:  November 7, 2012<br>Time:  9:00 a.m.<br>Ctrm:  Hon. William B. Shubb |

The United States of America, by and through the undersigned assistant United States attorneys, and defendant Brandon Hanly, by and through counsel, agree and stipulate that jury selection in the above captioned case will resume on November 13, 2012 at 1:00 p.m.  The parties stipulate that the government and the defendant have an additional   two preemptory challenges to use when picking the remainder of the jury.  The parties agree that the alternate jurors should be chosen in the manner previously determined by the Court.

The parties stipulate and agree that if trial in this matter is not concluded by December 7, 2012, the trial will either be continued until December 18, 2012 or a mistrial will be declared.

Stipulation and Proposed Order                                                                         Case No. 10-474 WBS
Re: Trial Issues

1

The parties stipulate and agree that juror Stacey Rochelle Crawford should be excused for cause because of her prearranged travel plans.

Dated: November 8, 2012          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jared Dolan
JARED DOLAN
MATTHEW D. SEGAL
Assistant U.S. Attorneys
Attorney for the United States

Dated: November 8, 2012          By: /s/ Brandon Hanly
                                     BRANDON HANLY
                                     Original Signature on File

WISEMAN LAW GROUP, P.C.

Dated: November 8, 2012          By: /s/ Joseph J. Wiseman
                                     JOSEPH J. WISEMAN
                                     Attorney for Defendant
                                     BRANDON HANLY

   IT IS SO ORDERED.

Dated: November 15, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE