1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
3     Davis, California 95618
   Telephone:  530.759.0700
4     Facsimile:   530.759.0800

5  **Attorney for Defendant**
   BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.:  CR 10-474-01 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| vs. | |
| BRANDON HANLY, | Date: **April 8, 2013** |
| Defendant. | Time: 9:30 a.m. |
| | Ctrm: Hon. William B. Shubb |

     IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Jared Dolan, Assistant United States Attorney, and Joseph J. Wiseman, attorney for BRANDON HANLY, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 11, 2013 at 9:00 a.m., be rescheduled to, **April 8, 2013** at 9:30 a.m.

     Pursuant to this stipulation, Defendant's Written Objections shall be due March 11, 2013, Presentence Report shall be filed with the Court March 18, 2013, Defendant's Motion to Correct the Presentence Report shall be due on March 25, 2013, and Opposition/Reply to said motion shall be due on April 1, 2013.

---

The parties are requesting this continuance to allow counsel time to review and respond to the draft presentence report, which was just received.

IT IS SO STIPULATED.

Dated: February 8, 2013        Respectfully submitted,

                                      WISEMAN LAW GROUP, P.C.

                                      By:   /s/ Joseph J. Wiseman
                                             JOSEPH J. WISEMAN

                                      Attorney for Defendant
                                      BRANDON HANLY

Dated: February 8, 2013        BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Jared Dolan
                                      JARED DOLAN
                                      Assistant U.S. Attorney
                                      Attorney for the United States

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 8, 2013, at 9:30 a.m. and the other dates adjust as noted by stipulation.

IT IS SO ORDERED.

Dated: February 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE