**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:  530.759.0800**

**Attorney for Defendant**
BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.:  CR 10-474 WBS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING** |
| vs. | Date:  May 6, 2013 |
| BRANDON HANLY, | Time:  9:30 a.m. |
| Defendant. | Ctrm:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Jared Dolan, Assistant United States Attorney, and Joseph J. Wiseman, attorney for BRANDON HANLY, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for April 8, 2013 at 9:30 a.m., be rescheduled to, May 6, 2013, at 9:30 a.m.

Pursuant to this stipulation, Defendant's informal Objections shall be due April 8, 2013; the final Presentence Report shall be filed with the Court by April 15, 2013; Defendant's Motion to Correct the Presentence Report shall be due on April 22, 2013; and the government's Opposition/Reply to said motion shall be due on April 29, 2013.

1        The parties are requesting this continuance to allow counsel time to review

2    trial transcripts, which will not be available until the end of March.

3    IT IS SO STIPULATED.

4    Dated: March 7, 2013           Respectfully submitted,

5

6                             WISEMAN LAW GROUP, P.C.

7

8                             By: _____/s/ Joseph J. Wiseman_____
                            JOSEPH J. WISEMAN

9

10                            Attorney for Defendant
                         BRANDON HANLY

11

12   Dated:  March 7, 2013           BENJAMIN B. WAGNER
                         United States Attorney

13

                         By:  /s/ Jared Dolan

14                            JARED DOLAN
                         Assistant U.S. Attorney

15                            Attorney for the United States

16

17                         **ORDER**

18       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT

19   the sentencing in the above-captioned case be continued to May 6, 2013, at 9:00

20   a.m. and the other dates adjust as noted by stipulation.

21

22   IT IS SO ORDERED.

23

24   Dated:  March 8, 2013

25

26   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

27

28