BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>BRANDON HANLY,<br><br>              Defendant. | CASE NO. 2:10-CR-474 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE AND WITHDRAWING UNITED STATES MOTION TO CONTINUE SENTENCING |

　　　　IT IS HEREBY STIPULATED by the parties, the UNITED STATES OF AMERICA and BRANDON HANLY, through undersigned counsel, that the sentencing of Defendant now scheduled for July 15, 2013 at 9:30 a.m., be rescheduled to **August 12, 2013** at 9:30 a.m.

　　　　Pursuant to this stipulation, the United States' Response to the Defendant's formal objections shall be due no later than **August 5, 2013.**

　　　　In light of this stipulation, the United States withdraws its currently pending motion to continue sentencing.

1  Dated: July 8, 2013				BENJAMIN B. WAGNER
						United States Attorney
2

3						 /s/ Jared Dolan
						JARED C. DOLAN
4						Assistant United States Attorney

5

6  Dated: July 8, 2013

7						 /s/ Jared Dolan for
						JOSEPH WISEMAN
8						Attorney for Brandon Hanly

9

10

11      **IT IS SO ORDERED**

12  Dated: July 8, 2013

13

14						_____
						WILLIAM B. SHUBB
15						UNITED STATES DISTRICT JUDGE