1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DOUGLAS HEALD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10-474 WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND TO CONTINUE SENTENCING TO NOVEMBER 12, 2013, AT 9:30 A.M. |
| v. | ) ) | |
| DOUGLAS HEALD, BRANDON HANLY, JERAD MAGGI, | ) ) ) | Date: November 4, 2013 Time: 9:30 a.m. Judge: Hon. William B. Shubb |
| Defendants. | ) ) ) | |

All parties stipulate that the Court should vacate the sentencing scheduled for November 4, 2013, at 9:30 a.m., and reset it for November 12, 2013, at 9:30 a.m.

Counsel for Mr. Heald requires the change in date and time because his office will close due to budget cuts on the date presently set for sentencing.

Dated: September 9, 2013                Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        ───────────────
                                        MICHAEL PETRIK, Jr.
                                        Attorney for Douglas Heald

Stipulation And [Proposed] Order        1                              10-474 WBS

| | |
|---|---|
| Dated: September 9, 2013 | /s/ M.Petrik for |
| | _____ |
| | JOSEPH J. WISEMAN |
| | Attorney for Brandon Hanly |
| Dated: September 9, 2013 | /s/ M.Petrik for |
| | _____ |
| | THOMAS A. JOHNSON |
| | Attorney for Jerad Maggi |
| Dated: September 9, 2013 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | /s/ M.Petrik for |
| | _____ |
| | MATTHEW SEGAL |
| | Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.  Sentencing for this matter will occur on November 12, 2013, at 9:30 a.m.

DATED: September 10, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE