Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Brandon Hanly

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON HANLY,<br><br>Defendant. | Cr.S. 10-474   WBS<br><br>~~PROPOSED~~ ORDER APPOINTING COUNSEL FOR THE PURPOSES OF APPEAL |

**GOOD CAUSE APPEARING** Attorney Krista Hart is appointed to represent BRANDON HANLY on the direct appeal to the Ninth Circuit Court of Appeals.

**Dated:   November 18, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE